IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: INSTAGRAM, LLC | Misc. No. 3:18mj10 WIG <br><br> **Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Instagram, LLC an electronic communication service provider and/or a remote computing service, not to notify any person, including the subscribers and customers of the account(s) listed in the attached subpoena the existence of the attached subpoena until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached materials will seriously jeopardize the investigation, including by: giving targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Instagram, LLC shall not disclose the existence of the attached , or this Order of the Court, to the listed subscriber or to any other person until one year from the date of this Order, except that Instagram, LLC may disclose the attached subpoena to an attorney for Instagram, LLC for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

/s/ William I. Garfinkel

1/5/18
Date

WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE